IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| US TRADING COMPANY METALS RE, LLC | § § § | No. 371, 2025 |
| Plaintiff-Below, Appellant, | § § § | Court Below—Court of Chancery of the State of Delaware, |
| v. | § § | |
| USA RARE EARTH, LLC, MORZEV PTY LTD., MORDECHAI GUTNICK ATF THE MORZEV TRUST, MORDECHAI GUTNICK, and PINI ALTHAUS, | § § § § § § | C.A. No. 2022-0665 |
| Defendants Below, Appellee. | § § § § | |

Submitted: March 11, 2026
Decided:   March 25, 2026

Before **VALIHURA**, **LEGROW**, and **GRIFFITHS**, Justices.

## O R D E R

Now this 25th day of March 2026, the Court having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated October 20, 2023; its Order dated December 8, 2023; its Memorandum Opinion dated April 22, 2024; and its Order dated May 10, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

 /s/ *Karen L. Valihura*
Justice